No. 363. INGOGLIA v. SPITZER. Ct. App. N. Y. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Roy E. Monaco* for petitioner. *Edward Margolin* and *Donald J. Payton* for respondent.

No. 26, Misc. BROOKS v. WILSON, WARDEN. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Charles P. Just,* Deputy Attorney General, for respondent.

No. 41, Misc. SOOLOOK v. ALASKA. Sup. Ct. Alaska. Certiorari denied. *Joseph H. Shortell* for petitioner. *G. Kent Edwards,* Attorney General of Alaska, and *Robert L. Hartig,* Assistant Attorney General, for respondent.

No. 42, Misc. CORNELIUS v. BURKE, WARDEN. Sup. Ct. Wis. Certiorari denied. *Robert E. Henke* for petitioner. *Robert W. Warren,* Attorney General of Wisconsin, and *William A. Platz, Sverre O. Tinglum,* and *William F. Eich,* Assistant Attorneys General, for respondent.

No. 46, Misc. SCHEIMER v. FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Howard J. Schwab,* Deputy Attorney General, for respondent.

No. 55, Misc. RUSSELL ET AL. v. MINNESOTA. Sup. Ct. Minn. Certiorari denied. *Douglas M. Head,* Attorney General of Minnesota, *George M. Scott,* and *Henry W. McCarr, Jr.,* for respondent.